United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-4160MN

_____

United States of America,            *
                                     *
            Appellee,                *    Appeal from the United States
                                     *    District Court for the District
    v.                               *    of Minnesota.
                                     *
Juan Michael Ontiveros,              *         [UNPUBLISHED]
                                     *
            Appellant.               *

_____

Submitted: May 15, 1998
Filed: May 21, 1998

_____

Before RICHARD S. ARNOLD and FAGG, Circuit Judges, and BOGUE,[*] District
    Judge.

_____

PER CURIAM.

    Juan Michael Ontiveros pleaded guilty to conspiracy to distribute marijuana. On
appeal, Ontiveros contends the district court improperly rejected his request to
withdraw his guilty plea. We disagree. After considering the record and the parties'
submissions, we conclude Ontiveros failed to carry his burden to establish a fair and
just reason to withdraw his plea and the district court's ruling was not an abuse of

---

[*]The Honorable Andrew W. Bogue, United States District Judge for the District
of South Dakota, sitting by designation.

discretion.  We thus affirm Ontiveros's conviction without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.